```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA    :         14-cr-130 (LAP)
                            :         14-cr-254 (LAP)
                            :
         v.                 :         ORDER
                            :
RYAN CAMPBELL,              :
                            :
         Defendant.         :
-------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Campbell's motion for reconsideration (dkt. no. 55 in 14-cr-254) of the Court's prior order denying his motion for early termination of supervised release (dkt. no. 54 in 14-cr-254).  Because Mr. Campbell did not have a chance to reply to the Government's opposition to his motion, the motion for reconsideration is granted.  Upon reconsideration, however, the Court adheres to its prior denial of the motion for early termination of supervised release.

    With respect to restitution, Mr. Campbell states that on one occasion the postal money order was lost and on several others he simply did not have the funds to make the required payment.  (Dkt. no. 55 at 2.)  Accepting those statements as true, the Court nevertheless finds that early termination is not warranted.

First, mere compliance with the terms of supervised release, without more, generally does not warrant early termination.  See United States v. Weiss, No. 21-CR-00457 (PMH), 2022 WL 3214914, at *3 (S.D.N.Y. Aug. 9, 2022).

Second, as the Court noted in the original order (dkt. no. 54), Defendant's crime of conviction was particularly brazen -- working as the driver for a robbery crew which used hammers to break into a jewelry store in New Canaan, Connecticut, to steal merchandise (id. at 5).  In the Court's view, extraordinary circumstances would have to be present to warrant early release, and no such circumstances are present here.

Accordingly, Defendant's motion for reconsideration (dkt. no. 55) is granted.  Upon reconsideration, the Court adheres to its prior ruling denying the motion for early termination of supervised release.

**SO ORDERED.**

Dated:   New York, New York
         October 11, 2022

_____
LORETTA A. PRESKA
SENIOR UNITED STATES DISTRICT JUDGE